# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARGARET F NELSON,
    Plaintiff,

                **JUDGMENT IN A CIVIL CASE**

  v.

JO ANNE B BARNHART,
    Defendant.    CASE NUMBER:  C04-5386JKA

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED

 COURT **AFFIRMS** THE SOCIAL SECURITY ADMINISTRATION'S FINAL DECISION AND THIS MATTER IS DISMISSED IN FAVOR OF THE DEFENDANT.

August 11, 2005            BRUCE RIFKIN
Date                  District Court Executive

                    s/Kelly A Miller
                    By Kelly A Miller, Deputy Clerk